1  GREGORY A. THYBERG SBN102132
2  THYBERGLAW
   3104 O Street #190
3  Sacramento, California 95816
   Telephone: (916) 204-9173
4  Attorneys For Plaintiff, STEWART DUNLAP
5
   DAMIEN P. LILLIS SBN 191258
6  LILLIS PITHA LLP
   350 California Street, 22nd Floor
7  San Francisco, CA  94104
   Telephone: (415) 814-0405
8  Attorneys For Defendant, MICRON TECHNOLOGY, INC.

UNITED STATES DISTICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART DUNLAP,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MICRON TECHNOLOGY, INC., a corporation, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.:  2:17-cv-00064-JAM-AC<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON**<br><br>**F. R. CIV. PRO. 41 (a)(1)(A)(ii)** |

　　　　Plaintiff, STEWART DUNLAP and defendant, MICRON TECHNOLOGY, INC. by and through their undersigned counsel, hereby enter into the following stipulation:

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety. The parties each shall bear their respective costs and attorney's fees.

DATED: August 1, 2017

THYBERG LAW

*/S/GREGORY A. THYBERG*
Gregory Thyberg
Attorneys for Plaintiff
STEWART DUNLAP

DATED: August 1, 2017

LITHA PITHA, LLP

*/S/ DAMIEN LILLIS*
Damien Lillis
Attorneys for Defendant
MICRON TECHNOLOGY, INC.

ORDER

IT IS SO ORDERED.

DATED: 8/3/2017

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge